CONNOR MOCSNY [SBN: 264937]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:    (916) 386-8952


Attorneys for Defendant TELFER OIL CO.,
WINDSOR FUEL CO., INC.,
WINDSOR FUEL CO., MICHAEL S. TELFER,
CONTINENTAL WESTERN TRANSPORTATION CO.,
WESTERN SURETY CO., and
CONTINENTAL CASUALTY CO.


TERRENCE T. EGLAND [SBN: 240911]
**KLEIN, DENATALE, GOLDNER,**
**COOPER, ROSENLIEB & KIMBALL, LLP**
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone No:  (661) 395-1000
Facsimile No:    (661) 326-0418

Attorneys for Plaintiff MAVERICK ASPHALT, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK ASPHALT, INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>WINDSOR FUEL COMPANY, ET AL.,<br><br>                Defendant. | **Case No.: 1:10-cv-00569-AWI-SKO**<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF HEARING ON PLAINTIFFS MOTION TO REMAND CASE TO STATE COURT AND CONTINUANCE OF THE SCHEDULING CONFERENCE**<br><br>DATE:           June 4, 2010<br>TIME:           9:30 a.m.<br>COURTROOM:  8<br>JUDGE:          Hon. Sheila K. Oberto |

Counsel in the above-entitled matter have recently engaged in settlement discussions.  As a result of these discussions, the parties believe a resolution of this case

1

PDF created with pdfFactory trial version www.pdffactory.com

is a very real possibility within the next several weeks. Although the parties are moving with all deliberate speed towards a final settlement, several employees of defendant TELFER OIL CO. are out of town for the next week and possess information critical to the settlement discussion.

The hearing on the remand motion is currently set for June 4, 2010, and this Court has requested supplemental briefs, which are due May 28, 2010. In order to avoid using the time and resources of both parties and the Court on briefing and conducting a hearing that may prove to be unnecessary, the parties have agreed to stipulate to a continuance of the hearing in order to allow the settlement discussions to progress. Therefore, the parties respectfully request the hearing on Plaintiff's motion to remand be continued until July 1, 2010, and the due date for the Supplemental Brief also be delayed until seven days before the date of the continued hearing.

Further, the Scheduling Conference is currently scheduled for June 28, 2010 at 9:45 a.m. Given that the settlement discussions may dispense with the need for a Scheduling Conference, the parties respectfully request a continuance of the Scheduling Conference from June 28, 2010 until July 28, 2010 with all related deadlines also being moved accordingly.

DATED: May 28, 2010             **NAGELEY, MEREDITH & MILLER, INC.**

By:      /s/  Connor Mocsny
CONNOR MOCSNY
Attorney for Defendant WINDSOR FUEL CO., INC.; et al.

     /s/ Terrence T. Egland
TERRENCE T. EGLAND
Attorney for Plaintiff MAVERICK ASPHALT, INC.

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon reviewing and considering the papers and arguments presented, the Court hereby grants the parties' joint request to continue the hearing on Plaintiff's motion to Remand.

The hearing on the Motion to Remand in this matter will be continued from June 4, 2010 to **July 2, 2010 at 9:30 a.m.,** or as soon thereafter as may be heard in Courtroom 8 of the above entitled Court. The Supplemental Briefs responsive to the Court's Order of May 24, 2010, will now be submitted on or before June 24, 2010.

The Scheduling Conference will be continued from June 28, 2010 until July 28, 2010 at 9:15 a.m. in Courtroom 8.

IT IS SO ORDERED.

Dated: **June 1, 2010**     /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com