1
2
3
4

CONNOR MOCSNY [SBN: 264937]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:    (916) 386-8952

5
6
7
8
9

Attorneys for Defendant TELFER OIL CO.,
WINDSOR FUEL CO., INC.,
WINDSOR FUEL CO., MICHAEL S. TELFER,
CONTINENTAL WESTERN TRANSPORTATION CO.,
WESTERN SURETY CO., and
CONTINENTAL CASUALTY CO.

10
11
12
13
14

TERRENCE T. EGLAND [SBN: 240911]
**KLEIN, DENATALE, GOLDNER,**
**COOPER, ROSENLIEB & KIMBALL, LLP**
4550 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone No:  (661) 395-1000
Facsimile No:    (661) 326-0418

15

Attorneys for Plaintiff MAVERICK ASPHALT, INC.

16
17
18

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

19
20
21
22
23
24
25
26

MAVERICK ASPHALT, INC.,

         Plaintiff,

    vs.

WINDSOR FUEL COMPANY, ET AL.,

       Defendant.

| |
|---|
| **Case No.:  1:10-cv-00569-AWI-SKO** |
| **JOINT STIPULATION REQUESTING CONTINUANCE OF HEARING ON PLAINTIFFS MOTION TO REMAND CASE TO STATE COURT AND CONTINUANCE OF THE SCHEDULING CONFERENCE AND ORDER THEREON** |
| **DATE:         June 4, 2010** |
| **TIME:            9:30 a.m.** |
| **COURTROOM:  8** |
| **JUDGE:       Hon. Shiela K. Oberto** |

27
28

    Counsel in the above-entitled matter have been diligently engaged in settlement

discussions.  As a result of these discussions, real progress has been made towards a

resolution of this case without resort to judicial intervention.  Although the parties are moving with all deliberate speed towards a final settlement, a resolution that is acceptable to both sides has not yet been reached.

The hearing on the remand motion is currently set for July 2, 2010, and this Court has requested supplemental briefs, which were due June 24, 2010.  In order to avoid using the time and resources of both parties and the Court on briefing and conducting a hearing that may prove to be unnecessary, the parties have agreed to stipulate to a continuance of the hearing in order to allow the settlement discussions to progress. Therefore, the parties respectfully request the hearing on Plaintiff's motion to remand be continued until August 6, 2010, and the due date for the Supplemental Brief also be delayed until seven days before the date of the continued hearing.

Further, the Scheduling Conference is currently scheduled for July 28, 2010 at 9:45 a.m. Given that the settlement discussions may dispense with the need for a Scheduling Conference, the parties respectfully request a continuance of the Scheduling Conference from July 28, 2010 until August 27, 2010 with all related deadlines also being moved accordingly.

DATED:  June 24, 2010                **NAGELEY, MEREDITH & MILLER, INC.**


By: _____/s/ Connor Mocsny_____
       CONNOR MOCSNY
       Attorney for Defendant WINDSOR FUEL
       CO., INC.; et al.


       _____/s/ Terrence T. Egland_____,

       TERRENCE T. EGLAND
       Attorney for Plaintiff MAVERICK
       ASPHALT, INC.

## ORDER

Upon reading and considering the papers and arguments presented, the Court hereby grants the parties' joint request to continue the hearing on Plaintiff's Motion to Remand.  The Court has modified certain dates the parties have proposed.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The hearing on the Motion to Remand in this matter shall be continued from July 2, 2010, to **August 6, 2010**, in Courtroom 8 of the above entitled Court;

2. The Supplemental Briefs responsive to the Court's Order of May 24, 2010, shall be filed on or before **July 21, 2010**; and

3. The Scheduling Conference shall be continued from July 28, 2010, to **September 2, 2010, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:   **June 25, 2010**                              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE