1  T. SCOTT BELDEN, CSB NO. 184387
   TERRENCE T. EGLAND, CSB NO. 240911
2  KALEB JUDY, CSB NO. 266909
   KLEIN, DENATALE, GOLDNER,
3    COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
4  Bakersfield, California 93309
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-0418
   E-Mail: sbelden@kleinlaw.com;  tegland@kleinlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MAVERICK ASPHALT, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WINDSOR FUEL CO., INC., a California corporation;<br>WINDSOR FUEL CO., a California partnership;<br>CONTINENTAL WESTERN TRANSPORTATION CO., INC., a California corporation;<br>MICHAEL S. TELFER, an individual, and dba WINDSOR FUELS CO.;<br>WESTERN SURETY COMPANY, a South Dakota corporation;<br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, a public entity;<br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation;<br>and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 10-00569-AWI-SKO<br><br>Former Case No. S-1500-CV-269426<br><br>Joint Stipulation Requesting Extension of Time to File Dispositional Documents |

**TO THE HONORABLE SHEILA K. OBERTO, UNITED STATES MAGISTRATE**

**JUDGE:**

　　Plaintiff's counsel filed a notice of settlement with the court on July 23, 2010.  The court set a deadline of August 13, 2010, for the filing of dispositional documents related to the settlement.  Counsel have diligently set about finalizing the settlement documents, but were

1   unable to finalize said documents by the deadline of August 13, 2010.  The parties are working
2   through one remaining issue regarding the payment of one of plaintiff's subcontractors on the
3   project that is the subject of this lawsuit.  However, the parties believe that they will have the
4   settlement fully documented and in a position to file dispositional documents with the court by
5   August 27, 2010.  As such, the parties request that the court extend the deadline for the filing of
6   dispositional documents to August 27, 2010.

Dated:  August 16, 2010                          KLEIN, DeNATALE, GOLDNER,
                                                 COOPER, ROSENLIEB & KIMBALL, LLP


                                                 By_____/s/ T. Scott Belden_____
                                                    T. SCOTT BELDEN, ESQ.
                                                    TERRENCE T. EGLAND, ESQ.
                                                    KALEB L. JUDY, ESQ.
                                                    Attorneys for Plaintiff Maverick Asphalt, Inc.



                                                 NAGELEY, MEREDITH & MILLER


                                                 By___/s/ Andrea Miller_____
                                                    ANDREA MILLER, ESQ.
                                                    CONNOR MOCSNY, ESQ.
                                                    Attorneys for Defendant WINDSOR FUEL CO.,
                                                    INC.; et al.

**ORDER**

Upon reading and considering the papers and arguments presented, the Court hereby grants the parties' joint request to extend the time for the filing of dispositional documents. The deadline for filing dispositional documents is extended from August 13, 2010, to August 27, 2010.

Dated:   **August 17, 2010**           **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE