T. SCOTT BELDEN, CSB NO. 184387
TERRENCE T. EGLAND, CSB NO. 240911
KALEB JUDY, CSB NO. 266909
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com;  tegland@kleinlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MAVERICK ASPHALT, INC., a California corporation,<br><br>              Plaintiff,<br><br>         v.<br><br>WINDSOR FUEL CO., INC., a California corporation;<br>WINDSOR FUEL CO., a California partnership;<br>CONTINENTAL WESTERN TRANSPORTATION CO., INC., a California corporation;<br>MICHAEL S. TELFER, an individual, and dba WINDSOR FUELS CO.;<br>WESTERN SURETY COMPANY, a South Dakota corporation;<br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, a public entity;<br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation;<br>and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 10-cv-00569-AWI-SKO<br><br>Former Case No. S-1500-CV-269426<br><br>Joint Stipulation Requesting Extension of Time to File Dispositional Documents |

**TO THE HONORABLE SHEILA K. OBERTO, UNITED STATES MAGISTRATE**

**JUDGE:**

Plaintiff's counsel filed a notice of settlement with the court on July 23, 2010.  The

court set a deadline of August 13, 2010, for the filing of dispositional documents related to the

settlement.  The Court granted an extension of time to file those documents to August 27, 2010,

pursuant to a stipulation between the parties.  Counsel have diligently set about finalizing the settlement documents, but were unable to finalize said documents by the deadline of August 27, 2010.  The parties are working through any issue involving the disposition of the settlement proceeds that is delaying the finalization of the settlement.  However, the parties believe that they will have the settlement fully documented and will be in a position to file dispositional documents with the court by September 10, 2010.  As such, the parties request that the court extend the deadline for the filing of dispositional documents to September 10, 2010.

Dated:  August 27, 2010

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By_____
T. SCOTT BELDEN, ESQ.
TERRENCE T. EGLAND, ESQ.
KALEB L. JUDY, ESQ.
Attorneys for Plaintiff Maverick Asphalt, Inc.

NAGELEY, MEREDITH & MILLER

By_____
ANDREA MILLER, ESQ.
CONNOR MOCSNY, ESQ.
Attorneys for Defendant WINDSOR FUEL CO., INC.; et al.

**ORDER**

Upon reading and considering the papers and arguments presented, the Court hereby grants the parties' joint request to extend the time for the filing of dispositional documents. The deadline for filing dispositional documents is extended from August 27, 2010, to September 10, 2010.

IT IS SO ORDERED.

Dated:   **August 31, 2010**                              **/s/ Sheila K. Oberto**
                                                                                     UNITED STATES MAGISTRATE JUDGE